IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY HANDLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH STRAKA and<br>STOCKERTOWN BOROUGH,<br><br>　　　　　　　　　　Defendants. | **NOTICE OF STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>NO: 5:17-CV-01625-EGS<br><br>HONORABLE EDWARD G. SMITH |

**NOTICE OF STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is voluntarily dismissed without prejudice by the plaintiff Zachary Handley against the defendant Joseph Straka.

Date: October 5, 2017                    Respectfully submitted:

| *Attorneys for Plaintiff* | *Attorney for Defendant Straka* |
|---|---|
| /s/ Mark Loevy-Reyes<br>*Attorneys for Plaintiff*<br>Mark Loevy Reyes<br>LOEVY & LOEVY<br>311 N. Aberdeen, Third Floor<br>Chicago, IL 60607<br><br>John Kotsatos<br>Kotsatos Law PLLC<br>717 Washington St.<br>Easton, PA 18042 | /s/ Harry T. Coleman<br>Harry T. Coleman, Esquire<br>Law Office of Harry Coleman<br>41 North Main Street<br>Carbondale, PA 18407<br><br>*Attorney for Defendant*<br>*Stockertown Borough*<br><br>/s/ Joseph Goldberg<br>Joseph Goldberg, Esq.<br>Weber Gallagher Simpson<br>Stapleton Fires & Newby LLP<br>2000 Market Street, Suite 1300<br>Philadelphia, PA 19103 |

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that on October 5, 2017, the foregoing Notice Of Stipulated Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) was served upon all counsel of record in this matter via the ECF system.


              <u>/s/ Mark Loevy-Reyes</u>
              Attorney for Plaintiff